STATE OF NORTH CAROLINA v. PAUL BENNETT.

(Filed 11 October, 1967.)

APPEAL by defendant from *Bailey, J.,* May 15, 1967 Schedule "B" Session, MECKLENBURG Superior Court.

The defendant, Paul Bennett, was indicted, tried and convicted of common law robbery in that he unlawfully, wilfully and feloniously made an assault on one J. C. Truesdale, and by putting him in fear, did feloniously take from his person the sum of $25. The offense occurred late at night. The victim complained immediately to the police, who arrested the defendant after the victim identified him. The investigating officer corroborated Truesdale with respect to the victim's immediate complaint, and gave substantive evidence with respect to the victim's bloody face.

The defendant testified as a witness in his own defense. He admitted he and Truesdale had been out drinking together. He admitted that he assaulted the prosecuting witness, but claimed he did so because of improper remarks made to defendant's girlfriend. The girlfriend corroborated the defendant's story. From a verdict of guilty, and judgment thereon, the defendant appealed.

*T. W. Bruton, Attorney General; Harry W. McGalliard, Deputy Attorney General, for the State.*
*Charles B. Merryman, Jr., for defendant appellant.*

PER CURIAM.  The State's evidence made out a case of common law robbery. The victim and the defendant had been drinking together. The evidence disclosed the witness had paid all the bills and the defendant knew the witness had money. The jury evidently believed the story of the victim because of his immediate complaint and his bloody face. The evidence was in sharp conflict and was resolved against the defendant by the jury. We find

No error.